of an award of support to a wife and child, on an information charging defendant with their nonsupport, that the motion was not accompanied by any petition, cannot be raised for the first time on a writ of error.

2. HUSBAND AND WIFE, § 243*—*when award for support of wife and child not excessive.* Ten dollars a week was not excessive as an award to a wife for the support of herself and a minor child, upon abandonment by the husband, where her husband was earning $85 a month and required $12.50 a week for his own expenses, notwithstanding the wife was also earning $12 a week.

---

### Mary E. Miller, Appellee, v. Edward S. Miller, Appellant.

### Gen. No. 23,782.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed March 13, 1918. Rehearing denied March 25, 1918.

### Statement of the Case.

Bill by Mary E. Miller, complainant, against Edward S. Miller, defendant, for divorce. From an order committing defendant to jail for wilful refusal to pay certain alimony theretofore ordered to be paid by him to complainant, defendant appeals.

Decree of divorce was entered, with award to complainant in lieu of alimony of $780.65 and an interest in a certain life insurance policy. Complainant thereafter filed a petition asking for a rule on defendant to show cause why he should not be adjudged in contempt for failure to pay alimony, to which defendant filed his verified answer, and a few days later filed a

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

record in the Appellate Court seeking reversal of the decree as to alimony. The answer was held insufficient and an order entered finding defendant guilty of contempt and ordering him committed until the decree should be complied with, not exceeding 6 months. Opinion on defendant's writ of error was filed the same day as present opinion. See *Miller v. Miller*, Gen. No. 23,450, *ante*, p. 67.

ROBERT A. J. SHAW and JAMES G. COTTER, for appellant.

ALBERT B. GEORGE, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

DIVORCE, § 121*—*when answer in contempt proceedings for failure to pay alimony is insufficient.* Answer of defendant to complainant's petition to show cause why he should not be adjudged in contempt for nonpayment of alimony decreed her, *held* insufficient where it showed he was a practicing physician earning and receiving from $150 to $180 a month, with expenses of $117, including $20 for an automobile.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.